Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
AARON BROWN

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>AARON BROWN,<br><br>        Defendant | Case No.: CR 21-467 JSW<br><br>STIPULATON AND ORDER TO ADVANCE ATTORNEY APPOINTMENT AND INITIAL APPEARANCE ON REVOCATION OF SUPERVISED RELEASE HEARING |

A Petition for Summons for Person Under Supervision ("Form 12") was filed on February 29, 2024, ordering Mr. Brown to appear on March 14, 2024. Undersigned counsel, who was appointed to represent Mr. Brown previously, intends to accept appointment for representation of Mr. Brown in the recently filed Form 12 matter. However, counsel is unavailable on March 14, 2024.

As a result, it hereby stipulated by the parties to advance that hearing to March 12, 2024 at 10:30 a.m. Counsel has advised Mr. Brown, who will be prepared to appear on that date.

//

SO STIPULATED:

Dated: March 7, 2024

ISMAIL RAMSEY
UNITED STATES ATTORNEY

_____/s/_____
Adam Barkl
Assistant United States Attorney

Dated: March 7, 2024

_____/s/_____
Adam Pennella
Counsel for Aaron Brown

SO ORDERED:

Dated: March 8, 2024

IT IS SO ORDERED
Judge Donna M. Ryu

_____
Honorable Donna M. Ryu
Chief Magistrate Judge
Northern District of California